UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT MYERS,

        Plaintiff,

                                                  Case No. 06-CV-11252

vs.                                      HON. GEORGE CARAM STEEH

OFFICE DEPOT, INC.,

        Defendant.

_____/

J U D G M E N T

     The above entitled matter has come before the court on defendant's motion for

summary judgment, and in accordance with the court's order granting that motion entered

on August 14, 2007,

     IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of

defendant.

                         DAVID J. WEAVER
                         CLERK OF THE COURT

                         BY: s/Josephine Chaffee_____
                           DEPUTY COURT CLERK

Dated: August 14, 2007